IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION       MDL 2327

---

THIS DOCUMENT RELATES TO:

DORIS BATES

                                Plaintiff,

v.                                                                 Civil Action No. 2:13-cv-16299

ETHICON, INC.,
ETHICON, LLC, and
JOHNSON & JOHNSON,

                                Defendants.

## MEMORANDUM OPINION AND ORDER

On June 18, 2018, a Suggestion of Death was filed by plaintiff's counsel suggesting the death of Doris Bates during the pendency of this civil action. [ECF No. 16].

Pursuant to Federal Rule of Civil Procedure 25(a) and Pretrial Order ("PTO") # 308 (Requirements for Counsel to Deceased Plaintiffs) filed in *In re: Ethicon, Inc., Pelvic Repair System Products Liab. Litig.*, 2:12-md-2327 [ECF No. 6218], the time to substitute a proper party for the deceased party has expired and there has been no motion to substitute the deceased party. Doris Bates was the only plaintiff named in this civil action.

The court **ORDERS** that pursuant to Rule 25(a) and PTO # 308, this case is **DISMISSED without prejudice** and **STRICKEN** from the docket. Any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: January 22, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE